UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| RODOLFO JOSE PACHECO SENA, | Case No.: 3:25-cv-03275-CAB-MSB |
|---|---|
| Petitioner, | **ORDER REQUIRING A BOND HEARING** |
| v. | |
| WARDEN OF OTAY MESA DETENTION CENTER, | |
| Respondent. | |

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, [Doc. No. 6 ("Amended Petition")], filed by Petitioner Rodolfo Jose Pacheco Sena. Petitioner claims that he is detained by Immigration and Customs Enforcement ("ICE") without a meaningful bond hearing. [*Id.* at 1–2.]

Respondent's return to the Petition acknowledges that pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-cv-1873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025), Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." [Doc. No. 9 at 2.]

///

///

1

3:25-cv-03275-CAB-MSB

The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **February 18, 2026**.  Respondents are further **ORDERED** to update this Court on the status of Petitioner's bond hearing by **February 20, 2026**.

It is **SO ORDERED**.

Dated: February 4, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

3:25-cv-03275-CAB-MSB