# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO JOSE PACHECO SENA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF OTAY MESA DETENTION CENTER,<br><br>Respondent. | Case No.:  3:25-cv-03275-CAB-MSB<br><br>**ORDER CLOSING CASE** |

Petitioner Rodolfo José Pacheco Sena filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 6 ("Petition").]  After Respondent acknowledged that Petitioner was detained under 8 U.S.C. § 1226(a) pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, [Doc. No. 9], this Court ordered a bond hearing under § 1226(a) and its associated regulations, [Doc. No. 10]. Petitioner subsequently received a bond hearing on February 11, 2026.  [Doc. No. 11.]

///

///

///

///

Petitioner has received the relief his Petition requested.  The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: March 20, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:25-cv-03275-CAB-MSB